UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD SPELLMAN and BETH SPELLMAN,  )<br>　　　　Plaintiffs,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　　　　　　)　　1:04-cv-1751 RLY/TAB<br>　　　　　　　　　　　　　　　　　　　　)<br>ESTRIDGE COMPANIES, INC.,　　　　　)<br>　　　　Defendant.　　　　　　　　　　　) | |

**ENTRY ON DEFENDANT'S MOTION TO DISMISS AND ON PLAINTIFFS' MOTION TO STAY PROCEEDINGS**

　　Plaintiffs Richard and Beth Spellman filed suit under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and 42 U.S.C.§ 1981, against Defendant Estridge Companies, Inc. Plaintiffs seek declaratory, injunctive, and equitable relief for their alleged wrongful termination from employment with Defendant.

　　Because Plaintiffs have not exhausted their administrative remedies as required by Title VII, Defendant has filed a Motion to Dismiss. *See Dandy v. United Parcel Service*, 388 F.3d 263, 270 (7th Cir. 2004) ("[u]nder Title VII, a plaintiff is required to exhaust her administrative remedies by filing a complaint with the appropriate federal or state agency") (citing *Volovsek v. Wisconsin Dep't of Agriculture, Trade & Consumer Protection*, 344 F.3d 680, 687 (7th Cir. 2003)); *see also* 42 U.S.C. § 2000e-16(c). In response, Plaintiffs have filed a Motion to Stay Proceedings, pending the exhaustion of their administrative remedies.

In the Seventh Circuit, the recognized remedy for Plaintiffs' failure to exhaust their administrative remedies is dismissal, not a stay.  *See, e.g., Hill v. Potter*, 352 F.3d 1142, 1145-46 (7th Cir. 2003).  However, because there is not evidence before the court either that Plaintiffs refused to cooperate with the Equal Opportunity Employment Commission or that their actions have unduly prejudiced Defendant, the dismissal of this case will be without prejudice.  *See id.*

For the foregoing reasons, Defendant's Motion to Dismiss is **granted**, Plaintiffs' Motion to Stay Proceedings is **denied**, and this matter is **dismissed without prejudice**.


Dated:  July 22, 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Electronic copies to:

Blake J. Burgan
SOMMER BARNARD ATTORNEYS, PC
bburgan@sommerbarnard.com

Sherr'ee Dawn Mullins
ROBERTS & BISHOP
smullins@roberts-bishop.com

Michael C. Terrell
SOMMER BARNARD ATTORNEYS, PC
mterrell@sommerbarnard.com