UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD SPELLMAN and BETH SPELLMAN, <br> Plaintiffs, <br><br> vs. <br><br> ESTRIDGE COMPANIES, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   1:04-cv-1751 RLY/TAB <br> ) <br> ) <br> ) |

**FINAL JUDGMENT**

Comes now the court, having this day **GRANTED** Defendant's Motion to Dismiss, and enters final judgment in Defendant's favor, and against the Plaintiffs.

Dated: July 22, 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

s/_____
By: Deputy Clerk

1